[No. 10788–1–II.   Division Two.   December 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAIME GOMEZ GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86–1–00062–8, Dale M. Nordquist, J., entered February 10, 1987. *Affirmed* by unpublished opinion per

Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.